## THE KANSAS CITY, FORT SCOTT & GULF RAILROAD COMPANY V. LEWIS FRAZIER.

ACTION under ch. 94, Laws of 1874, brought by *Frazier*, against the *Railroad Company*, to recover damages for killing one red calf of the value of $10, belonging to the plaintiff. Trial before a justice of the peace for the city of Paola, in Miami county, and judgment for the plaintiff. The defendant appealed to the district court of said county, where the case was tried at the October Term, 1879, and judgment rendered for the plaintiff for $10 damages, $35 attorney's fee, and for costs. The *Railroad Company* brings the case here.

*Blair & Perry*, for plaintiff in error.
*H. H. Patten*, for defendant in error.

*Per Curiam:* It sufficiently appearing from the testimony that Frank Fargo, upon whom the notice in this case was served, was station and ticket agent of plaintiff in error (defendant below), and that being the only question presented by counsel, the judgment will be affirmed, on the authority of *K. P. Rly. Co. v. Ball*, 19 Kas. 535; *C. B. Rld. Co. v. Ingram*, 20 Kas. 66; *Union Trust Co. v. Kendall*, 20 Kas. 515; Laws 1874, ch. 94, § 3, p. 144.